UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DUFFY,<br><br>Plaintiff(s),<br>v.<br><br>SHAHABUDDEEN A. ALLY, et al.,<br><br>Defendant(s). | CASE NO. C26-1886-KKE<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on its own motion. Plaintiff Elizabeth Duffy, proceeding *pro se*, filed an application to proceed without prepaying fees or costs and a proposed complaint. Dkt. No. 1. The Clerk's Office issued a notice of filing deficiency, noting that Plaintiff did not file the correct application to proceed in forma pauperis ("IFP") and failed to include a civil cover sheet with her filing. Dkt. No. 2. Plaintiff was given until July 1, 2026, to file the correct IFP application, a copy of which was sent to the address listed on her initial filing to the Court. *Id.* However, the mail was returned as undeliverable to that address. Dkt. No. 3.

This Court's local rules require a party proceeding pro se to "keep the court and opposing parties advised as to his or her current mailing address[.]" Local Rules W.D. Wash. LCR 41(b)(2). "If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing … , the court may dismiss the action without prejudice for failure to prosecute." *Id.* Here,

Plaintiff has not corrected the filing deficiency in this case by the July 1 deadline or notified the Court of her current mailing address within 60 days of the date her mail was returned as undeliverable.

Accordingly, this case is DISMISSED without prejudice for failure to prosecute.

Dated this 26th day of August, 2026.

Kymberly K. Evanson
United States District Judge